UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:11-CR-82(02)RM |
| | ) | |
| PAULINO ASCENCION-APOLINO | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 8, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 43], ACCEPTS defendant Paulino Ascencion-Apolino's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), and Count 2 of the Indictment, in violation of 18 U.S.C. § 1349.

SO ORDERED.

ENTERED:   November 29, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court